

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
 JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

Wednesday, July 23, 2014

GLORIA JEAN WALKER
Murray Unit - TDC# 1842765
1916 N. Hwy. 36 Bypass
Gatesville, TX 76596

District Attorney San Augustine County
PO Box 674
St. Augustine, TX 75972
* DELIVERED VIA E-MAIL *

12th Court Of Appeals Clerk
Cathy Lusk
1517 W. Front, Room 354
Tyler, TX 75701
* DELIVERED VIA E-MAIL *

**Re:** WALKER, GLORIA JEAN
**CCA No.** PD-0276-14
**Trial Court Case No.** CR-12-8295

**COA No.** 12-13-00077-CR

The attached order was issued in the above case number.

Sincerely,

Abel Acosta, Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 24 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. PD-0275 14 & PD-0276-14

GLORIA JEAN WALKER, Appellant

v.

THE STATE OF TEXAS

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE TWELFTH COURT OF APPEALS
SAN AUGUSTINE COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

## O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 68.5

(see now 9.4(i)(2)(D)) because the petition exceeds the proper length.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be

filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: July 23, 2014
Do Not Publish